# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00319DAE |
| CASE NAME: | USA v. (01)Dennis Tung Ming Tse |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01)Dana S. Ishibashi |
| USPO: | Roy Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/27/2006 | TIME: | 9:00am-9:10am(m/d)<br>9:10am-9:50am(sent) |

COURT ACTION:  EP:  Sentencing to Count 1of the Indictment as to Defendant (01)Dennis Tung Ming Tse. Government's Motion for Downward Departure.

Defendant (01)Dennis Tung Ming Tse present, not in custody.

The Memorandum Plea Agreement is accepted.  Safety valve applies.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Dennis Tung Ming Tse.

SENTENCE:

Imprisonment:   33 MONTHS

Supervised Release: 5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant perform 100 hours of community service for the first 3 years of supervised release, for a total of 300 hours of community service, as directed by the Probation Office.

Special Assessment:  $100.00.

JUDICIAL RECOMMENDATIONS: 1) Inglewood, CO.  2) Sheridan, OR.  3) Lompoc, CA.

Defendant to self-surrender @2:00 p.m. on 7/10/2006 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Mittimus is stayed until 7/10/2006.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss Count 2 of the Indictment - GRANTED.

Current bail conditions of release, except for drug testing condition, to continue.

Submitted by:  Theresa Lam, Courtroom Manager