AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00319-001                                      Judgment - Page 2 of 6
DEFENDANT:        DENNIS TUNG MING TSE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 33 MONTHS .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     1) Englewood, CO.  2) Sheridan, OR.  3) Lompoc, CA.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district. at ___ o'clock and ___ min, ___
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 5 2006

SUE BEITIA, CLERK

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 2:00pm, local time on 7/10/2006 .
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  8-29-06  to  FPC, Sheridan
at  Sheridan, Oregon  , with a certified copy of this judgment.

                                                    Charles A. Daniels, Warden
                                                    ~~UNITED STATES MARSHAL~~

                                               By   Dbree K. Petter, LTE
                                                    ~~Deputy U.S. Marshal~~